[No. 18604-3-I. Division One. August 5, 1987.]

JAMES R. SISLEY, ET AL, *Appellants*, v. SAN JUAN COUNTY, ET AL, *Defendants*, V. NORMAN CARPENTER, *Respondent*.

Appeal from a judgment of the Superior Court for San Juan County, No. 2925, Richard L. Pitt, J., entered September 30, 1985. *Affirmed* by unpublished opinion per

Grosse, J., concurred in by Scholfield, C.J., and Webster, J.